UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MICHELLE HOLIDAY                                                                                    Plaintiff

v.                                                                              Civil Action No. 3:21CV-151-RGJ

NAVIENT SOLUTIONS, LLC.                                                                          Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised counsel that settlement has been reached on all matters in this case [DE 12], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

August 9, 2021

Rebecca Grady Jennings, District Judge
United States District Court

Copies to: Counsel of Record